IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| MILES BRICE, | § | |
| | § | |
| Defendant Below, | § | No. 561, 2017 |
| Appellant, | § | |
| | § | Court Below—Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID No. 0107007736 (N) |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: May 23, 2018
Decided: July 18, 2018

Before **VAUGHN**, **SEITZ**, and **TRAYNOR**, Justices.

## **ORDER**

This 18th day of July 2018, after careful consideration of the opening brief, the State's motion to affirm, and the record on appeal, the Court concludes that the judgment below should be affirmed on the basis of the Superior Court's well-reasoned order dated November 30, 2017.[1]

NOW, THEREFORE, IT IS ORDERED that motion to affirm is GRANTED and the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

/s/ Collins J. Seitz, Jr.
Justice

---

[1] *State v. Brice*, 2017 WL 6028875 (Del. Super. Ct. Nov. 30, 2017).